UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10434 GW (JEMx)<br>CV 21-07145 GW (JEMx) | Date | November 4, 2021 |
|---|---|---|---|
| Title | Genevieve Morton v. Twitter, Inc. et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT TWITTER'S MOTION TO COMPEL PLAINTIFF'S DEPOSITION AND FOR SANCTIONS**
**(Dkt. 78 - Case CV 20-10434)**

Before the Court in this consolidated case is Defendant Twitter, Inc.'s Motion To Compel Deposition Of Genevieve Morton ("Plaintiff") And For Sanctions ("Motion"), filed on October 25, 2021.  (Dkt. 78.)  Neither party filed a supplemental memorandum. The Court DENIES the Motion without prejudice.

Plaintiff's deposition had been scheduled for October 11, 2021 by agreement of Plaintiff and Twitter, Inc.  (Dkt. 78-2, Jih Decl., ¶ 11.)  Beforehand, however, the District Court on September 30, 2021 consolidated the original case against Twitter, Inc. (Case No. 20-10434) with a recently filed case against Twitter, Inc. (with new claims), Twitter International Company, Tweetdeck, Inc. and Magic Pony Technology, Inc. (Case No. 21-7145, Dkt. 1.)  The District Court then issued a Scheduling Order on October 7, 2021, setting a fact discovery deadline of February 11, 2022 and ordered the parties and counsel in 21-7145 added to 20-10434.  (Dkt. 23.)

As a result of the consolidation, Plaintiff sought to delay the deposition until a Rule 26(f) conference could be held regarding 20-7145 claims and until the parties could seek a protective order that would extend to the new defendants represented by Twitter's counsel.  (JS 2:22-25; 11:20-22.)  Plaintiff made clear she would agree to appear and be deposed once the procedural issues were resolved, and even offered to share or cover the costs of the reporter and other expenses.  (JS 3:13-15; 4:14-16, 5:26-28; 6:11-12.)

The consolidation has raised complicated issues of jurisdiction, service and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10434 GW (JEMx)<br>CV 21-07145 GW (JEMx) | Date | November 4, 2021 |
|---|---|---|---|
| Title | Genevieve Morton v. Twitter, Inc. et al. | | |

appearance, and there is now pending a Motion to Dismiss the Complaint in 21-7145. (Dkt. 24.)  With a new fact discovery deadline of February 11, 2021 for both cases, there was no reason to be inflexible about the timing of the deposition.  Proceeding as if the consolidation issues do not exist risks Plaintiff being deposed twice or deposed about matters that may be unnecessary if the Motion to Dismiss is granted.  As the case has been consolidated, there is no reason to depose her again in the second filed case.  Also, there has been no agreement by Twitter International Company that this Court has jurisdiction over it nor has this defendant indicated acceptance of the protective order issued in 20-10434.  (Dkt. 50.)  The Motion to Dismiss, moreover, leaves the parties uncertain as to what claims and issues are relevant, which impacts the scope of the deposition.

     The hearing on the Motion to Dismiss is scheduled for November 22, 2021.  The Court believes that Plaintiff's deposition should be delayed until the District Court rules on the Motion to Dismiss.  Once the District Court rules, the Court expects Plaintiff to cooperate in rescheduling the deposition promptly.  Failure to do so may result in sanctions.[1]

|  | : |  |
|---|---|---|
| Initials of Preparer | slo | |

---

[1] The Court finds this matter appropriate for resolution without oral argument and thus vacates the November 16, 2021 hearing date.  <u>See</u> F. R. Civ. P. 78(b); Local Rule 5-15.