# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-10434-GW-KSx<br>X  CV 21-07145-GW-KSx | Date | August 22, 2022 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc. et al.*<br>***Genevieve Morton v. Twitter, Inc. et al.*** | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kelly Davis | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer Holliday<br>(telephonic) | Brian M. Willen<br>(telephonic) |

**PROCEEDINGS:**     **MOTION HEARING (Held and Completed)**

    Case is called. Counsel make their appearances. Counsel and the Court confer regarding the tentative issued prior to the hearing.

    The Court takes the Defendant's Motion for Contempt under submission [194]. For reasons on the record, the Court hereby adopts the tentative ruling.

    IT IS SO ORDERED.

 

|  | : | 15 |
|---|---|---|
| | Initials of Preparer | kd |