UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7145-GW-MAAx | Date | October 3, 2022 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer Holliday | Brian M. Willen, by telephone |
| | Jeremy P. Auster, by telephone |

**PROCEEDINGS:** TWITTER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Court hears further argument. For reasons stated on the record, Defendant Twitter's Motion for Summary Judgment [153], is GRANTED as to Defendant Twitter only.

The Court sets a status conference as to remaining Defendants for October 17, 2022 at 8:30 a.m. Plaintiff is to file a status report by October 12, 2022.

                                                                                            :     12

Initials of Preparer    JG