BRIAN M. WILLEN, (*pro hac vice*)
  bwillen@wsgr.com
JEREMY P. AUSTER (*pro hac vice*)
  jauster@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the America, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

VICTOR JIH, SBN 186515
  vjih@wgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GENEVIEVE MORTON,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC. et al.,<br><br>        Defendants. | Case No.  2:20-cv-10434-GW(KSx)<br>(c/w 2:21-cv-07145-GW(KSx))<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Honorable George H. Wu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendant Twitter, Inc. hereby lodges a copy of its [Proposed] Judgment. A true and correct copy is attached hereto.

Dated: October 13, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Victor Jih*
Victor Jih

*Attorney for Defendant Twitter, Inc.*

-2-
NOTICE OF LODGING OF [PROPOSED] JUDGMENT
CASE NO. 2:20-cv-10434-GW(KSx) (c/w 2:21-cv-07145-GW(KSx))