UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENEVIEVE MORTON,<br><br>   Plaintiff,<br><br>  v.<br><br>TWITTER, INC. et al.,<br><br>   Defendants. | Case No. CV 20-10434-GW-KSx<br>(c/w **CV 21-7145-GW-KSx**)<br><br>**JUDGMENT**<br><br>Hon. George H. Wu |

This matter, having come before the Court on Defendant Twitter, Inc.'s ("Twitter") Motion for Summary Judgment (Case No. 2:20-cv-10434-GW(KSx), ECF No. 153, the "Motion"), and the Court, having reviewed the Motion and after full consideration of the papers submitted and arguments of counsel, as well as all other matters presented to the Court, and for the reasons set forth in the Court's Amended Tentative Ruling, dated September 12, 2022, now finds that said Motion should be and is hereby **GRANTED.**

Pursuant to Federal Rules of Civil Procedure 54(b), 56 and 58, and because this Court has determined that there is no just reason for delay, the Clerk is directed to enter final judgment in favor of Defendants Twitter, Twitter International Company, TweetDeck, Inc., and Magic Pony Technology, Inc.

Dated: <u>October 20, 2022</u>

Hon. George H. Wu
United States District Judge

Distribution to:
All counsel of record via CM/ECF