UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7145-GW-KSx | Date | December 22, 2022 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer Holliday | Justin Griffin, by telephone |
| | Matthew A. Bergians |

**PROCEEDINGS:** PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO SERVE PROCESS BY ALTERNATE SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4 [55]; and STATUS CONFERENCE

Newly-retained counsel for Defendant Twitter, Inc. is present.

The Court's Tentative Ruling on Plaintiff's Motion [55] was issued on December 20, 2022 [63]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff will file a supplemental declaration and renewed proposed order forthwith. The Court allows Plaintiff to file a Second Amended Complaint.

The status conference is continued to February 2, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on February 1, 2023.

A status conference in *Genevieve Morton v. Twitter, Inc., et al.*, CV 20-10434-GW-KSx is set for February 2, 2023 at 8:30 a.m. Plaintiff will file an application to reopen this action forthwith.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |