# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENEVIEVE MORTON, an individual, | ) | CV 21-7145-GW-KSx |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR PERMANENT INJUNCTION** |
| | ) | |
| TWITTER, INC., et. al, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On April 1, 2023, the Plaintiff, GENEVIEVE MORTON, ("Morton") filed a Second Amended Complaint for Damages and Injunctive Relief against BigTits.City, pursuant to Title 17 of the United States Code ("Copyright Act") and Section 3344 of the California Civil Code alleging Defendant BIGTITS.CITY had engaged in copyright infringement and unauthorized use of Plaintiff's name and likeness in connection with the advertising and promotion of pornographic material. Defendant BIGTITS.CITY did not appear, and default was entered on April 28, 2023.

On July 12, 2023, this Court issued a Tentative Ruling on Morton's Motion for Default Judgment and for Injunctive Relief, and on July 13, 2023, this Court adopted the tentative ruling, entering it as its [Final Decision.]

Defendant has not removed the copyrighted photographs at issue despite a notice and takedown demand, notice of a DMCA 512(h) subpoena, and notice of this lawsuit. Plaintiff sufficiently alleged claims for copyright infringement and for violation of Civil Code Section 3344 (right of publicity).

Defendant's willful and knowing infringement and unauthorized use of Plaintiff's name and likeness in connection with pornographic materials is irreparably harming Plaintiff's goodwill and reputation and causing her emotional distress. Money damages would be inadequate to compensate Plaintiff for those harms, and without the entry of an injunction, Defendant will continue harming and profiting off Plaintiff. The balance of hardships clearly favors Plaintiff, as Defendant will suffer no undue hardship from being enjoined from continuing to engage in illegal acts. The public interest will be served by a permanent injunction because the public has an interest in reducing the instances of unauthorized use of another's photographs, particularly where an anonymous internet user has attempted to evade accountability.

Based on the record established in this matter and for reasons set forth in the Court's Final Statement of Decision, it is hereby **ORDERED, ADJUDGED AND DECREED:**

DEFENDANT BIGTITS.CITY and any of its employees, agents, assigns, partners are hereby PERMANENTLY ENJOINED from: (1) using the name, likeness, or identity of GENEVIEVE MORTON in connection with the promotion, marketing, or advertising of pornography on its website, on any social media platform, or in any other medium; (2) infringing Plaintiff Genevieve Morton's copyrighted photographs.

**IT IS FURTHER ORDERED** that BIGTITS.CITY must remove all copies and displays of Morton's copyrighted photographs from its website or any other website over which it has control within five (5) days from the date of this Order and must remove all uses of Morton's name from its website, source code, and any other media.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for purposes of enforcement of this Order.

**SO ORDERED** this 21st day of July, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE