UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7145-GW-JEMx | Date | September 4, 2024 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - NOTICE OF SETTING AN ORDER TO SHOW CAUSE ON SEPTEMBER 16, 2024

This action was initially filed on September 3, 2021. *See* Docket No. 1.

On February 29, 2024, the Court ordered Plaintiff to file a Third Amended Complaint no later than March 15, 2024 and to serve each newly added Defendant no later than April 29, 2024. *See* Docket No. 126. The Court also set a hearing on Plaintiff's renewed motion for default judgment against Defendant BigTits.City for April 29, 2024. *See id.* On March 15, 2024, Plaintiff timely filed a Third Amended Complaint. *See* Docket No. 127.

In the five intervening months since filing the Third Amended Complaint, Plaintiff has failed to take any meaningful action in prosecuting this case.

Plaintiff did not file a renewed motion for default judgment against Defendant BigTits.City, so the Court converted the April 29, 2024 hearing on that motion into a status conference. *See* Docket No. 128. On April 26, 2024, Plaintiff filed four requests for the Clerk to issue summons on the Third Amended Complaint, just three days before the Court-ordered deadline to effectuate service on all the newly added Defendants. *See* Docket Nos. 130-133. By April 29, 2024, the newly added Defendants still had not been served. At the April 29, 2024 status conference, the Court granted Plaintiff's request for additional time to serve the Third Amended Complaint, extending the deadline to May 20, 2024. *See* Docket No. 135. The Court also set another status conference for May 23, 2024. *See* Docket No. 135. At the May 23, 2024 status conference, Plaintiff requested yet more time to serve the newly named Defendants. *See* Docket No. 136. At that juncture, the Court ordered that no further amendment of the pleadings would be allowed, that Plaintiff must serve the remaining Defendants no later than June 28, 2024, must request an entry of default no later than August 2, 2024, and must file a motion for default judgment no later than August 16, 2024, which was set to be heard on September 5, 2024. *See* Docket No. 138.

| | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7145-GW-JEMx | Date | September 4, 2024 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

    Each of these deadlines has now passed without any action taken in this litigation. Plaintiff has failed to file any proofs of service, has not requested an entry of default, and has not filed a motion for default judgment. It has thus become clear that Plaintiff does not meaningfully intend or is otherwise unable to prosecute this action. Accordingly, the Court takes the September 5, 2024 hearing date off-calendar and sets an Order to Show Cause why the case should not be dismissed for lack of prosecution for September 16, 2024 at 8:30 a.m. Plaintiff shall either file a dismissal of the action or personally appear on September 16, 2024 to present argument why the case should not be dismissed for lack of prosecution.

    : _____

Initials of Preparer    JG